UNITED STATES DSTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Alex P Thorn | > | |
| | > | |
| | > | Criminal Complaint and Civil Action |
| Plaintiff | > | Civil Action No. _____ |
| | > | |
| vs. | > | Jury Trial Demanded |
| | > | |
| MICROSOFT COPRORATION, | > | |
| MICROSOFT LICENSING, | > | |
| MICOROSFOT CAPITAL COPRORATION, | > | |
| | > | |
| Defendants | > | |

**PLAINTIFFS' ORIGINAL COMPLAINT**

TO THE HONORABLE COURT:

Plaintiff Alex P Thorn hereby file this Complaint against Microsoft Corporation, Microsoft Licensing (hereinafter "MLI"), Microsoft Capital Corporation (hereinafter "MCC") collectively "Defendants" and would show the court as follows:

**I.PARTIES**

1. **Alex P Thorn** is a person having landed in New York in 1967 and later naturalized in the State of California and having lived in the United States for more than 30 years owning 4 U.S. corporations having employed more than 70 Citizens of the United States. It is therefore deemed to be a citizen of the United States.

2. Microsoft Corporation (hereinafter Microsoft) is a company incorporated in the State of Washington with its principal place of business in that State.  It is, therefore, a citizen of Washington.

3. Microsoft Capital Corporation (hereinafter "MCC") is a company incorporated in

Amendment To The Original Complaint

Nevada with its principal place of business in that state. It is, therefore, a citizen of Nevada.

4. Microsoft Licensing, Incorporated (hereinafter "MLI") is a company incorporated in Nevada with its principal place of business in that state.  It is, therefore, a citizen of Nevada.


## II. JURISDICTION AND VENUE


5. This Court has jurisdiction over this matter because this is a criminal complaint and a civil action where the matter in controversy exceeds $3,000,000.00 exclusive of interest and costs, and is between citizens of different States and in which citizens or subjects of a foreign state are additional parties.

6. This Court has general jurisdiction over defendants because their contracts with this district are substantial and continuous.  This Court also has specific jurisdiction over Defendants because (1) Defendants purposely directed their activities to this district, have done business in this district, and purposefully availed themselves of the privilege of conducting activities withing this district; (2) most of the events which give rise to the claims asserted in this action occurred in this district and the effects of Defendants' criminal conduct were felt in this district; (3) the exercise of jurisdiction comports with fair play and substantial justice.

7. The parties hereto are from California and Washington. To the extent that any of the contracts at issue have an exclusive venue induced venue selection clause those provisions were fraudulently induced by Microsoft through false representation and

Amendment To The Original Complaint

criminal unconscionable misconduct.

8. Venue is proper in this district because Defendants are doing business in this district, and because Defendants are subject to personal jurisdiction in this district.

### III. INTRODUCTION

9. This lawsuit is the result of the Defendant having planned in a premeditated way to criminally misappropriate technology via corporate espionage developed by the plaintiff who had a significant advantage and lead in the digital interactive entertainment and games market and had developed certain technologies that gave the Plaintiff a technological advantage in delivering a server based interactive games platform where Defendant would have to license this technology from the Plaintiff at a time when the Plaintiff was the only company to have developed technology enabling server based interactive games and had protected this property requiring Defendant to be dependant on the Plaintiff if Defendant wanted to participate in this $45 billion dollar a year industry that the Plaintiff has revolutionized and was leading the market with their technology and innovative business model and proprietary service to which Defendant was not involved in and did not have any expertise or business in and at a time when sales of Microsoft web browser, office and windows product were in a decline and market sentiment was negative for the Defendant that was in the middle of a internationally publicized scandal where Netscape was the Plaintiff against Microsoft whereby Microsoft needed a product to escape the negative sentiment after Netscape successfully sue Microsoft for unscroupulous and unfair business conduct.

Amendment To The Original Complaint

10. When the Defendant "Microsoft" sent Jerry Nieto into Alex P. Thorn`s company
constantly verbalizing how Bill Gates had heard about what we where doing and
wanted to get involved after receiving a executive summary regarding the Plaintiffs
companies and plans to develop a truly interactive web based games platform enabling
real time interactive "server based" play over the web long before anyone was taking
this direction in the games market and this technology was not available. This
interactive platform was the beginning of what was to be a global interactive
entertainment venue with numerous applications running on the Plaintiffs proprietary
technology that was developed in house by employees of the Plaintiff.

11. Jerry Nieto spoke of his long-standing relationship with Bill Gates who he personally
called ``Monkeyboy`` jokingly saying how Bill Gates sent him in to check out what we
where doing and to assist us in development and when complete he would personally
present our proprietary product and service to Bill Gates and Microsoft who would
invest in our program and assist in distribution in conjunction with Windows and
Internet Explorer giving examples of another company that Microsoft had invested in
on his recommendation in the Los Angeles area called the Key Club on Sunset Strip
that he was the liaison for Microsoft on that project which he showed
newspaper clippings to confirm his statements Jerry Nieto also stated that he was with
the Secret Service and Steve Sanchez "a Palm Springs police officer confirming his
statements telling everyone how security was his main concern and Steve Sanchez
would be doing the security checks on prospective employees.

12. At the time The Plaintiff would be considered a Development stage company and
had a modest staff of approximately 40 people of web designers, graphics people and

Amendment To The Original Complaint

programmers who where developing the technology necessary for the applications and

was actively looking for more people, when Jerry Nieto was sent in he said if we

wanted to get financing from Microsoft it would be necessary to make him a board

member and allow Jerry full control over the technical staff as Chief technology officer

and that Microsoft would have to be kept informed of all aspects of the development

and that  security was the main concern and that none of the employees where to

discuss what we had developed with outside investors or investment companies until

after Microsoft had an opportunity to invested and this is what Bill Gates instructed him

to ensure. Which made it very difficult to  obtain investment from venture capital firms

and larger investors who would need to do due diligence on the product and

technology itself.  All the while a Palm Springs Police Officer named Steve Sanchez

confirming Jerry Nietos statements thereby gaining the trust and reliance of the board

of directors, employees and investors on Microsofts investment.

13. After approximately a year of development and Jerry Nietos constant paranoia and

threatening style of dealing with employees and other board members was to say at

the very least disruptive and intrusive wanting to know virtually every aspect of the

Plaintiffs business including investors, employees and potential employees alienating

everybody with his constant harassment and interference trying to veto who could

invest or be employed and who he trusted and who he though was trying to undermine

him and that he would only work from his own office and that the Palm Springs Police

Officer Steve Sanchez would act as his messenger between himself and the company

because he didn't trust people in the office even demanding that we hire certain people

he did trust to make sure that he was not being deceived by the CEO of the company

or anyone else, the threat was that if he wasn't satisfied with what the company was

doing Microsoft would not provide the funding that he continuously stated was

forthcoming constantly making more disclosure demands. Having much interest from

several different investment firms and investors Jerry Nieto attended several meetings

stating his relationship with Microsoft and that Microsoft was involved and was going to

fund the company once development was complete but withheld information investors

required to complete due diligence and make a meaningful transaction making

budgeting and overhead the main concern for the company.

14. Finally after developing the entire program Jerry Nieto announces to the board that he

was finally ready to present the product to Bill Gates and Microsoft telling us he would

need to go to Seattle, alone, to meet with Microsoft who was ready to invest and

wanted to see a demonstration of the finished product which was built around the

``Lynx LS Golf Game`` showing everyone in the office what he had done and that it

was in fact complete and working but before we could launch the service he wanted to

show Microsoft stalling the launch after the Plaintiff hired sales and marketing staff in

anticipation of launch placing the company in a financial dilemma, increasing overhead

and delaying the product launch pending Microsofts investment and assistance in

distribution.

15. When Jerry Nieto returned from Seattle Jerry he told the board that he was not going

to turn over the server component which was critical to the launch of the product and

that Microsoft had already paid him $30 million not to turn over the product to the

Plaintiff, several weeks later Bill Gates and Microsoft made a media announcement

saying he was entering the Games market and was going to purchase the company

Amendment To The Original Complaint

that made the "Lynx LS Golf" game for launch with his new website called the Virtual

Golf Association which was an exact duplication of the The Plaintiff Business and

revenue model.

16. After this shocking news that Microsoft was launching the ``Virtual Golf Association``

and was buying the company that made ``Lynx LS Golf Game`` and was using the

software that the Plaintiff spent more than a million dollars to develop we contacted the

Secret Service to make a complaint against Jerry Nieto who presented himself as a

"former Secret Service Representative" about his theft and embezzlement when we

where told that Jerry Nieto was not nor ever was an employee nor contractor of the

Secret Service and that there was in fact another complaint against Jerry Nieto from

another party and it was obvious that jerry nieto and Steve Sanchez had fabricated that

lie to gain our confidence.

17. We where told by other Microsoft employees that Jerry Nieto was at Microsoft and that

he did present our product to Microsoft and Microsoft was going forward with their

launch of the Virtual Golf Association which was an identical duplication of the

ACsports protected and copywritten proprietary service at a time when the Plaintiff was

the only one who had sculpted this original and unique interactive platform, business

and revenue model.

18. In conjunction with and after the launch of ``the virtual golf association`` Microsoft then

began illegally selling developer kits which included the server side software that was

developed by the Plaintiff to Microsoft developers, game developers, publishers and

other software and website developers globally under their own name without mention

or royalty to the true and rightful owner and developer of this critical component

Amendment To The Original Complaint

enabling server based real-time interactive play via the internet without which this interactive experience would not be possible.

## IV. BACKGROUND FACTS

19. **World Markets Group Inc.** established in March, 1985 is a forward looking merchant and investment banking firm providing expertise and investor relations and corporate consulting services to development stage and emerging growth companies with tools and resources necessary to fulfill their corporate mandate focusing on the technology industry identifying opportunities with explosive growth potential.

20. **Exec Trek Inc.** is the only online reservation system enabling real time web based reservation for the secondary travel market where clients can make point of destination reservations and itineraries planning virtually every aspect of their travel plan before ever leaving the comfort and safety of their homes complimenting the Airline and Hotel reservation system that is currently in place and operating world wide.

21. **Associated Cyber Sports Inc.** is the first ever ``Global Interactive Games League``. The Associated Cyber Sports Inc. software and copywritten program completely recreates professional sports in the virtual realm allowing gamers the opportunity to play in real time head to head competition for championship points and cash prizes just like real life Pro-Athletes only the Associated Cyber Sports Inc. Players are competing on a digital interactive playing field against competitors from around the world.

Amendment To The Original Complaint

22. **Action Sportscom Inc.**   is a licensee of Associated Cyber Sports

Inc. with the Global Rights to market and distribute the Associated Cyber Sports Inc.

interactive platform without limitation. The physical address of this interactive program

can be viewed on the World Wide Web at;

http://www.acsports.com  and  http://www.acsports.com/acagent

23. Microsoft became aware of what Alex P. Thorn was doing when he received a copy of

the executive summary that was being sent to investors inviting their participation in

The Plaintiffs private offering when Steve Sanchez a Palm Springs police officer made

his way into the life of Alex P. Thorn at a social club in Palm Springs where he was a

police officer saying he had heard about Alex P. Thorn`s Company saying his friend

Jerry Nieto from Microsoft had even mentioned Alex P. Thorn`s company and was

interested in meeting with Alex P. Thorn and how Microsoft funded and assisted in

development other projects that Jerry Nieto worked on.

24. After meeting with Jerry Nieto who verbally stated and confirmed that Bill Gates

personally already knew what we where working on and wanted to get involved and

Jerry Nieto would join the board and lias with Microsoft who would invest when we

where ready to deploy and market the Associated Cyber Sports Interactive Platform.

25. Following this meeting ``the Plaintiff`` and Jerry Nieto signed an agreement whereby

Jerry Nieto would join the board and would develop the necessary software and

provide all the latest technology and resources of Microsoft to develop all the

necessary software to deploy the Plaintiffs companies applications including the

Amendment To The Original Complaint

ExecTrek Inc. software which Jerry Nieto was personally interested in himself.  In reliance of these representation the Plaintiff agreed and expended considerable time, money and resources to the development plan that was discussed and agreed to with Microsoft and Jerry Nieto. ``the Plaintiff`` changing its business and marketing plans to accommodate the new agreement with Microsoft and the statements made of funding and distribution via the Microsoft network.  Additional requirements where made by Microsoft and Jerry Nieto to employ certain individuals who where ``trusted`` and would protect Microsofts and Jerry Nietos interests while the development process was ongoing placing additional financial burdens and requirements on the Plaintiff who was beginning to ramp up making investments in Hardware as required to host, deploy and to begin marketing and distributing the program as was required by Microsoft verbalized by Jerry Nieto who at this point was a constant aggravation with paranoia in regards to security issues and personnel that he did not trust making threats that the investment that Microsoft was to provide would be withdrawn if we didn't comply with what he wanted and that Steve Sanchez of the Palm Springs police department was checking everyone out including potential investors who may not be in-line with the Microsoft agenda and plan.  To the point where Microsoft and Jerry Nieto where forbidding the Plaintiff from accepting investment from certain groups who where interested in capitalizing the company and absolutely refusing to even meet with certain investors who Bill Gates personally had a grievance with or did not like after meetings where arranged and travel arrangements where made Jerry Nieto refused to attend these meetings on the instructions of Microsoft who wanted to control who was allowed to invest and who Microsoft and Bill Gates did not want involved in ``the deal`` due to previous dealings that Microsoft was not satisfied with and that the Microsoft

Amendment To The Original Complaint

investment was contingent on following these guidelines making ever increasing

financial demands and burdens on the Plaintiff while limiting and restricting the firms

and investors that the Plaintiff could accept demanding to know who the investors in

`the deal` where so that they could be checked out prior to accepting their investment

and this was a demand that Microsoft had and their investment which was

forthcoming and was contingent on, these demands which the Plaintiff complied with

and continued to work in good faith.

26. Due to the constraints and objections of to certain firms investing in ``the plaintiffs``

company the Plaintiff was forced to file a 25102N filing in the State of California

Filed by Attorney Wayne Gregory allowing the Plaintiff to raise an additional $5 million

form individual qualified investors to meet the additional financial burdens and

restrictions placed on the company by Microsoft whos investment was contingent on a

complete working product, the Plaintiff then went to individual high networth investors

and continued to fund the development in good faith which was very near completion.

27. Upon completion of the server side software the Plaintiff demonstrated the finished

product to the entire board and the seamless integration with the Lynx LS Golf Game

worked according to specifications and was ready to be presented to Microsoft, the

Plaintiff made travel arrangements to Seattle for Jerry Nieto who demanded that he go

alone saying that Microsoft wanted to meet with Jerry Nieto prior to meeting with the

entire board and transact the long awaited investment and distribution deal of the

interactive platform developed by the ``Plaintiff`` with the Plaintiffs own money as

agreed with Microsoft.

Amendment To The Original Complaint

**28.** When Jerry Nieto returned from Seattle and his meeting with Microsoft which was

confirmed by ``the Plaintiff`` and Microsoft employees, Jerry Nieto informed the Plaintiff

that he sold the server side source code to Microsoft for $30 million dollars, outraged

by this the Plaintiff having numerous meetings and discussions  with Steve Sanchez of

the Palm Springs police department and Jerry Nieto who tried to dispute ownership of

the software and defended Jerry Nietos actions saying that this was what Microsoft did

to everybody knowing the strained financial condition of the Plaintiff due to the

burdens, restrictions and demands made by Microsoft.

**29.** During the months that followed Jerry Nieto continuously harassed employees of the

company and every thing the Plaintiff did was duplicated by Microsoft who was privy to

all of the contacts and alliances the the Plaintiff had, having made a verbal complaint to

the Secret Service via the telephone the Plaintiff was in a financial crisis and had to

fund the redevelopment of the software that Microsoft had criminally misappropriated

via corporate espionage and was illegally distributing via the Microsoft Network and the

Virtual Golf Association and their Microsoft developer kits that Microsoft was now

licensing to game developers and publishers world wide while spending vast resources

marketing the Virtual Golf Association that was an exact duplication of the Associated

Cyber Sports Inc. copywritten business model and marketing plan slandering title to

the software and entire plan that was developed by ``the Plaintiff`` and that the Plaintiff

had spent millions of dollars to bring to fruition.

**30.** In the months that followed it was decided by the Plaintiff that the redevelopment of

the Associated Cyber Sports Inc. Interactive Platform would be developed on a home

appliance, set top box complete with DVD drive for the emerging cable ready high

Amendment To The Original Complaint

speed digital entertainment market and was dealing with David Zuniga of Long Beach
California who had an extensive background in telecommunications and broadband
markets and was the CEO of a company that designed a set top box home appliance
that could easily be used for the Associated Cyber Sports interactive platform and
other digital entertainment including streaming digital media directly into the homes of
the end user again giving the Plaintiff a technical and functional advantage in the
market.

31. Upon this change in direction Jerry Nieto began calling the offices of the Plaintiff
harassing employees demanding information, threatening employees with his and
Steve Sanchez police connections interfering with the daily operations of the Plaintiff
when Bill Gates and Microsoft announced that Microsoft was going to get into the
console market with a home appliance cable ready box again duplicating the Plaintiffs
business plans and new distribution model entirely and Microsoft began developing the
Microsoft dotnet entertainment platform which again was an identical duplication of
the Associated Cyber Sports Plans.

32. This duplication of the plans of the Plaintiffs every business move continued as did the
harassment of employees and interference in the daily routine of employees of the
Plaintiff when finally the Plaintiff was told that Jerry Nieto was telling employees that
he had someone in the Plaintiffs office that was giving him information on all aspects of
what `the Plaintiff` was doing, developing and planning. At which point the Plaintiff
received a phone call from a prospective employee that she was contacted and was
told that Jerry Nieto and one of the companies programmers where doing something

that was in conjunction with Microsoft and invited her to come and work for them, the Plaintiff then asked her if she would write that out in an affidavit form to be used as evidence against Jerry Nieto and Microsoft who was now sabotaging the Plaintiff and duplicating the Plaintiffs every move and even recruiting employees and prospective employees to join in sabotaging the Plaintiffs company with the offer of payment and or employment with Jerry Nieto and Microsoft.

33. Ignoring the threats and continuing to develop the Associated Cyber Sports business model making agreements with developers and publishers around the world the news that Microsoft was now going to enter the console market and develop a home appliance called the xbox, Microsoft then began undermining the relationships that the Plaintiff had developed within the Game development and Publishing community by inviting and offering the Microsoft developers kits that included the server side source code developed by the Plaintiff for use with the xbox and was dumping vast resources into the development of games for the xbox which at the time was not even complete and was a derivative of the home appliance that David Zuniga of Long Beach California and the Plaintiff had planned on releasing for use in the Plaintiffs new distribution and marketing plan of an online interactive digital entertainment network hosting and deploying everything from interactive games to streaming media to pay per view movies and any type of digital media that the Plaintiff wanted to include in this Global entertainment network.

34. In August of 2000, with the development of the new plan the Plaintiff began making agreements with industry giants like Oracle who agreed to develop the wireless platform for the Plaintiff and again Microsoft announce their entrance into the wireless

Amendment To The Original Complaint

industry with an agreement with Sendo that duplicated the agreement that the Plaintiff and Oracle made. It is noted that Sendo also made the exact same complaints about Microsoft that the plaintiff is now making.

35. Telecomunications giant Worldcomm UUnet who owned 70% of the fiber that comprised the internet enteredinto an agreement with the Plaintiff whereby Worldcomm UUnet would provide global collocation facilities hosting the Plaintiffs high speed interactive digital network again giving the Plaintiff a technological advantage with the fastest possible infrastructure possible when again Bill Gates and Microsoft announced that it was going to purchase 6 collocation facilities to host the xbox again duplicating the Plaintiffs business agreements and distribution model and business model while at the same time attacking the companies that the Plaintiff was making agreements with duplicating and undermining the Plaintiffs every move and dumping vast amounts of money and resources into the duplicated business plan that the Plaintiff developed in Bill Gates and Microsofts attempt to monopolize and gain a dominant foothold in the digital media entertainment and distribution market all the while interfering in the daily operations of the Plaintiffs business with the constant harassment by Jerry Nieto who was soliciting employees of the company to breach their fiduciary duty with threats, coercion, intimidation and manipulative tactics that had several of the girls in the office afraid and told Alex P. Thorn of Jerry Nietos harassing calls and threat tactics of using his connections in the law enforcement community to cause harm and malicious acts against people who where loyal to the CEO of the company who instructed the girls to ignore the threats and not to put calls by Jerry Nieto through to anyone.

Amendment To The Original Complaint

36. By October of 2000 the Plaintiff had redeveloped the entire program and was projecting a January of 2001 launch of the Associated Cyber Sports interactive Games Platform with the launch of addition interactive applications to be hosted on the fully developed High Speed digital entertainment platform hosted on the Worldcomm UUnet backbone when a series of event transpired that are nothing short of manipulating the legal environment using former regulators that have business and pre-existing relationships with Bill Gates and Microsoft and his father who threatened false and malicious legal action by leveraging close personal relationships within law enforcement agencies that they would use to sabotage the Plaintiffs company if the Plaintiff didn't give into their blackmail and extortion demands.

37. On or about April 2001 after successfully launching Acsports.com and the interactive games venue having made numerous distribution, partnership and co-marketing licensing agreements with companies around the world including China, the UK, the Middle East, Germany and many more prospective agreement soon to be executed the company entered into an agreement with Andrew I Telsey an attorney in Colorado to take Acsports.com public via a merger with his company Sameesa Holdings whereby Acsports.com would be the surviving entity with control of the publicly traded company when an accountant named Henry Schiffer from Beverly Hills made his way into the Plaintiffs life and business through Clinton Lien and Jay Taylor who where directors of the Plaintiff offering to do an audit for the Plaintiffs company in preparation of going public on the NASDAQ Bulletin Board and eventually a full NASDAQ listing once the company was generating significant revenues.

38. Soon after Launch the Acsports program I get a phone call from a girl named Tammy

Amendment To The Original Complaint

who was attorney F. Lee Bailies assistant telling me about one of my directors named
Jay Taylor who had been involved in a horrendous scandal involving Torrey Pine
Securities out of Torrey Pines California and another company owned by Claudia
Zaman and her Husband where Jay Taylor, as she put it tried to corner the market on
their securities falsely sued the company and caused the company to go into
bankruptcy due to a regulator that attacked the company named Irv Einhorn who at the
time was the Plaintiffs corporate council.

39. In May 2001 after providing Henry Schiffer the necessary corporate financial
documentation to perform an audit and introducing Andrew I. Telsey to Henry Schiffer
to coordinate the agreed upon merger and public listing the same employees Clinton
Lien and Jay Taylor wanted to introduce an attorney to Alex P. Thorn to the Plaintiff
named Henry Holguin who said he was interested in speaking to the CEO of the
company Alex P. Thorn about taking the company public, after meeting briefly with
Henry Holguin at a location called ``the Plan B`` a strip bar that in West Los Angles that
Henry Holguin said he had some ownership in he stated that he was interested in
meeting again to discuss my company, days later Henry Holguin called the Plaintiff
Alex P. Thorn requesting a meeting in the Century City CA offices of the Plaintiffs
company where he showed up with two other attorneys Dennis Johnston and Asher
Leads when after a very brief discussion Henry Holguin verbally in front of both Asher
Leads and Dennis Johnston extorted the Plaintiff by saying `that for $10,000.00 he
would make my legal difficulties go away, I immediately told him that I didn't have any
legal difficulties which at the time of that meeting I didn't and had just began to market
my company and was generating revenues and everything was going fine and I asked

Amendment To The Original Complaint

what legal difficulties he was referring to and exactly how he would make these "so called legal difficulties" go away and he proceeded to explain that his wife was an employee of the California Department of Corporations and that my companies file could very easily find its way to the top of the enforcement pile of it could just as mysteriously disappear or end up in the garbage or be lost in the DOC files. I told Henry Holguin the partner in the strip bar called `Plan B` that I wasn't interested and my Attorney Irv Einhorn the former director of the Los Angles SEC was already on retainer and I wasn't interested in his offer, he and the other attorneys then left my office.

40. A short time after that I was told by Dennis Johnston that his brother in law was an attorney that did work for Microsoft.

41. Days after this extortion attempt by Henry Holguin another attorney named Michael Donahue comes walking into the Plaintiffs Century City CA office with Jay Taylor a Director of the Plaintiffs company saying he wanted to negotiate a larger stock position for Jay Taylor, I immediately called all of the companies employees into my office to witness the blackmail that I knew Jay Taylor did to Claudia Zaman and her husband and was now doing to me, with everyone listening Michael Donahue a former SEC attorney demanded a that Jay Taylor be given more stock in my company, when I asked how much stock Jay Taylor wanted Michael Donahue not even knowing what he was trying to negotiate looked at Jay Taylor asking how much stock Jay Taylor wanted. JayTaylor didn't have an answer and Michael Donahue then requested an office to speak with his client to which I told him he could use the hallway outside my office to

Amendment To The Original Complaint

discuss what I knew was a repeat of what Jay Taylor did to Claudia Zaman and her

husbands company, when Michael Donahue and Jay Taylor came back into the office

Michael Donahue stated that Jay Taylor wanted at least 50% or more of the company

to which The Plaintiff flatly refused saying that was absurd and that Jay Taylor already

had an employment agreement and thats all I was willing to offer and I invited Jay

Taylor to resign if he wanted, Michael Donahue then stated that he would need a few

days to discuss with Jay Taylor his option and that I better not terminate Jay Taylor or I

would be sorry to which I told Michael Donahue that Jay Taylor wasn't even showing up

for work regularly and I wasn't prepared to offer Jay Taylor anything more.

42. Immediately following this incident  Michael Clare aka Michael scheneck a programmer

that was an employee of the Plaintiff who was developing a database tracking system

that would be used to track and report all aspects of the Associated Cyber Sports

customers, partners, agents and affiliates and track revenues therefo phoned the CEO

of the company Alex P. Thorn telling him that he was leaving the office with the

database that the company spent more than 12 months developing that is worth, in

todays market several billion dollars, because he received a better offer from an

undisclosed source, it was later discovered that Jerry nieto was in constant

communication with michael calre and that Barry Robinson, Bill drevyanko,

Jay Taylor, Clint Lien acting on the instructions of Jerry Nieto and Microsoft where

manipulating employees of the company to sabotage the efforts of the Plaintiff who had

just launched his program after the redevelopment more than 12 months ahead of the

release of the xbox that Microsoft was planning again defrauding the Plaintiff of very

critical technology without which the Plaintiff could not continue to operate in Bill Gates

Amendment To The Original Complaint

attempt to stop the Plaintiff from marketing the program that bill gates had duplicated again misappropriating the technology developed by the Plaintiff by bribing employees of the company again using Jerry Nieto to criminally misappropriate this state of the art database architecture and proprietary tracking and reporting system crucial to the operation of the Acsports.com venue again illustrating the illegal and corrupt practices used by Bill Gates to sabotage the Plaintiffs company and efforts even though extreme measures where taken to protect this crucial component required to operate the business model that Bill Gates had duplicated and was falsely claiming in the media as his own just as the Plaintiff began generating revenues and rolling out his program while at the same time Microsoft was soliciting the contacts and alliances of The Plaintiff to develop their program with the xbox rather that with the Plaintiff who was already marketing his company globally thereby trying to undermining the confidence of potential partners and corporate alliances who where ready to contribute both money and resources to Acsports.com.

43. A few days after that I received a phone call from Michael Donahue and his assistant which I took on the speaker phone in the presence of Brain Jacobs our inhouse attorney who was silently listening when Michael Donahues assistant another former SEC employee screams into the phone that ``she was going to take me down``, it then came to my knowledge that Michael Donahue had a tech incubator called Lava that had direct involvement and associations with Bill Gates and Microsoft and a few days after that I started receiving inquiries from kari axel of the Los Angeles SEC which originated at the Department of Corporations as threatened by Henry Holguin in front of Dennis Johnston and Asher Leads.

Amendment To The Original Complaint

Soon after this I was told by another accountant that worked in Henry Schiffers office that Henry Schiffer and Kari Axel of the SEC and their families where old friends and Kari Axel and her family attended a Christmas Party at Henry Schiffers home that she also attended. In additions to the close family ties to kari axel that Henry Schiffer and kari axel purposely concealed it was told to the Plaintiff that Henry Schiffer also did taxes for one or more agents who worked out the the Los Angeles FBI office which was concealed from everyone as well and even more incriminating it was discovered that Henry Schiffer also has done taxes for several police officers at the Los Angles police Department including Darryl Gates explaining why the police where not responding to the complaints made by the Plaintiff for the return of their stolen technology and have ever since been obstructing justice and participating in the organized crime, criminal misappropriation and illegal use and distribution of the property that was criminally misappropriated by family members of California police officers from the Plaintiff via blatant, criminal, intentional and premeditated nonfeasance.

In addition to the obvious regulator collusion and willful obstruction it was discovered that Michael Donahue was a co-worker of Kari Axel and his assistant, who threatened false legal action if the Plaintiff didn't give into their blackmail demands for more than 50% of the Plaintiffs company, was also a co-worker and long-time friend of Kari Axel, I was also told to the Plaintiff by Dennis Johnston that he and Henry Schiffer had prior business together, that Henry Schiffer owed Dennis Johnston money and both had known each other for a very long time and that HenrySchiffer had dealings with Darryl Gates former police chief of the Los Angles police department who also had a personal and professional relationship with Bill Gates, Microsoft and numerous Microsoft directors and employees including Paul Allen and many others who the Los Angles

Amendment To The Original Complaint

police department provided security for when in Los Angels as well as with Henry

Holguin, Michael Donahue and the companies corporate council Irv Einhorn. It was

obvious that kari axel was executing on the threats made by the Defendants who

conspired to pervert the course of justice and that this false legal action was simply a

manipulation of the legal environment orchestrated by Bill Gates and the former

regulators he was involved with rather than to compete in the open market to which

`the Plaintiff` Alex P. Thorn had a considerable advantage despite Microsofts breach of

agreement, criminal misappropriation of the Plaintiffs proprietary technology, source

code via corporate espionage and the numerous criminal duplications of the Plaintiffs

unique and original and copywritten business model which Bill Gates wilfully and

illegally infringed upon on several times and is illegally and knowingly in a wanton way

distributing the stolen source code that was criminally misappropriated via Corporate

espionage with his full knowledge and under his direction and for his own illegal unjust

enrichment did manipulate the legal environment to escape prosecution for the

misappropriation and to interfere in the Plaintiffs prospective economic advantage in

the market using the media to slander title to not only the concept but also the

technology that was developed by the Plaintiff but also the unique and original

business model that was long before conceptualized and copywritten by Alex P. Thorn

himself as witnessed by Howard Hodges, Henry Zekely and others who Alex P. Thorn

has known for many many years.

44. As of July 04, 2008 it has now come to the knowledge that Bill Gates and Microsoft

have been in negotiations and development with Electronic Arts and several other

corporations who are jointly planning a launch of a program that is a direct duplicate of

Amendment To The Original Complaint

the Plaintiffs entire business model for the xbox, orchestrated by Bill Gates and Microsoft in Canada which is an attempt to side step regulators in the United States to farther defraud the Plaintiff that will be using the server side source code that was developed by the Plaintiff and criminally misappropriated from the Plaintiff in the United States whereby Bill Gates and Microsoft is using Electronic Arts, a vendor that does not know of the history between Bill Gates, Microsoft and the Plaintiff whereby Microsoft may be attempting to dupe Electronic Arts and other companies who will unwittingly be drawn into a criminal conspiracy that will and has already defrauded The Plaintiff in this matter of revenues and title to the source code that Bill Gates and Microsoft are again trying to illegally distribute the stolen source code that was part of the Plaintiffs original concept in Bill Gates and Microsoft premeditated attempt to even farther defraud the Plaintiff by using the Canadian divisions of US corporations and the Canadian Markets as a shield from US prosecution to which the Plaintiff has made numerous criminal complaints and to which the Canadian authorities may not be aware of the extent and money and time invested by the Plaintiff nor the history of Microsofts illegal and corrupt practices that have caused considerable damage and injury to the Plaintiff who has now also provided the RCMP with evidence and made a formal criminal complaint against Microsoft in writing as of July 12, 2008 and will also pursue legal proceedings in the Canadian Courts against Microsoft should Microsoft attempt to go forward with this criminal attempt to evade US regulators in his criminal endeavour.

**45.** Since having made the original complaint against Micorosft there has been yet another infringement of the Plaintiffs copywritten intellectual property with the release Microsofts Decision Engine called "Bing" in 2009. This theft of protected and

Amendment To The Original Complaint

copywritten Intellectual property was incepted by the Plaintiff and protected in the United States and illustrates that Microsoft is involved in a crime that is much worse that Corporate espionage but infact is a snuff / murder plot whereby the Plaintiff's source code, protected applications and now even the Artificial Intelligence Engine incepted for the development of a game project the Plaintiff drafted and protected in 2004, all the while Keri Axel, Doug Axel and Chris phillips have been fabricating false allegations tying the Plaintiff up in false regulatory proceeding while the defendants jointly make off with the Plaintiffs property thereby jointly defrauding the Plaintiff of his right to operate a lawful buisness.

46. In addition to fabricating false allegations the Police have criminally, knowingly and reckelessly endangered the Plaintiff in their combined effort to cover up the crimes in which the defendants have all played a part in this now complex organzied crime. The fact that the US Attorenys office has made additional false allegations using the forged, fabricated and falsified evidence that was planted in the Plaintiffs office  when the Plaintiff attempted to file complaints and civil actions against the defendants in his attempt to recover the property that he was defrauded of only provides more evidence against regulators who followed through on the threats made by the defendants who are all perjuring themselves and are obstructing justice while intimidating, manipulating, threatening and tampering witnesses and the Plaintiff using blackmail, extortion and threats of reputational harm as well as threats of false and malicious prosecution against witnesses who want to come forward with testimoney against the defendants.

47. The Plaintiff has also met with another person who has confirmed that the source code developed by the plaintiff was given to Sierra Software by Microsoft and that this

Amendment To The Original Complaint

software was integrated into Micorosfts game platform this confirmation came from a Sierra Software Employee the fact that there are now 3 consecutive thefts of the Plaintiffs source code, developed proprietary software and the Artificial Intelligence Engine drafted and protected by the Plaintiff shows that the entire platform that the Microsoft Entertainment Division began with and the subsequent releases are all developed and concepted by the Plaintiff who has been stalked, defrauded and then when the Plaintiff made complaints to the DOJ in both the USA and in Canada in regards to the thefts there was an attmempt on the Plaintiffs life only shows that the defendants are willing to kill to escape prosecution for their crimes it also shows the criminal negligence of the DOJ who have participated in the crimes and covered up the crimes of the defendants who even threatened the Plaintiff life if he "made any trouble for them" and that the defendants all have close connections to Micorsoft and or connections to regulators involved in this horrendous organzied crime that has defrauded the Plaintiff of billions of dollars in property and revenues.

48. As a result of Bill Gates, Microsoft, Jerry Nieto`s countless illegal and numerous acts of theft and unfair competition together with the cooperation and coordinated efforts of former regulators Michael Donahue, Henry Holguin, Dennis Johnston, Henry Schiffer, Darryl Gates, Steve Sanchez, Kari Axel of the SEC and Chris Phillips of the FBI and others connected thereto the Plaintiff has suffered substantial and undetermined damages, injury and lost revenues.

49. The fact that Bill Gates is making illegal preparations in other countries to defraud the Plaintiff using Canadian and Foreign Corporations to illegally distribute the criminally misappropriated server side source code developed by the Plaintiff in the

Amendment To The Original Complaint

United States and duplicate the Plaintiffs business model and proprietary service using alliances that have a good long standing relationship with the Plaintiff is merely more evidence of the fact that Bill Gates and Microsoft are conspiring to farther illegally interfere in the business dealings and relationships of the Plaintiff.

50. Additionally to the above Micorsoft is now interfereing in the material agreements of the Plaintiff by way of influence peddling with other companies and vendors that the plaintiff has agreements that are dependant on Microsoft and or are micorosft partners and or customers dependant on Microsoft  that have violated their agreements with the Plaintiff in their collective effort to interfere in the regular business of the Plaintiff and to sabotage and casue additional expenses and interuption of services by making fraudlent complaints on forged and falsified evidence that casued the plaintiff incurr additional expenses in their combined effort to interfere in the regular course of busienss and ultimately force the Plaintiff into Bankruptcy, these events are ongoing and as recently May 15, 2009 the Plaintiff has been forced to relocate his hosting account at considerable expense as a result of criminal violations of service, criminal numeorus infringements on the Plaintiffs registered trademark due to the bias and illegal and corrupt practices of Hostmonster.com the Plaintiffs hosting company which has numerous and significant ties to Microsoft and other defendants named in the complaints made by the Plaintiff.

51. This is just another example of the ongoing criminal interference and distruption in service caused by Microsofts influence peddling and the illegal and corrupt methods of sabotage used by Microsfot and the corrupt network of companies dependant on Microsoft who have failed to uphold their agreements with the Plaintiff through no fault of his own.

Amendment To The Original Complaint

52. The expenses incurred by this is many many thousands of man hours and time

involved in which the plaintiff services have been interupted by companies dependant

on Micorosft who have descriminated against the Plaintiff due to the influence

Microsoft has over them and their dependancy on Microsoft.

## V. CAUSES OF ACTION

### COUNT I
### CRIMINAL MISAPPROPRIATION OF PROPRIETARY SOURCE CODE, TRADE SECRETS VIA CORPORATE ESPIONAGE

53. The plaintiff incorporates and re-alleges in full paragraphs 1 through 52 of this

Complaint.  The foregoing acts of the defendant constitute criminal misappropriation

via corporate espionage of the Plaintiffs proprietary source code and trade secrets and

illegal and unjust enrichment and enhanced value of the defendants business activities

to the Plaintiffs detriment, injury and loss of revenues.

54. The Plaintiff has developed through his own expertise, knowledge and experience and

through its directors, managers and employees, by trial and error, planning and

strategy an entire program with many trade secrets, proprietary software and

source code developed inhouse and funded by his shareholders and himself in the

Amendment To The Original Complaint

development of a virtual online interactive digital media and entertainment platform

delivery infrastructure capable of global deployment of interactive content to the end

user in a $45 billion dollar a year industry revolutionized by the concepts and efforts of

the Plaintiff who has taken reasonable measures to maintain secrecy of its trade

secrets and proprietary source code which where not known outside of the

Plaintiffs own business and where known only to certain insiders of the Plaintiffs

company and where not released to the public at large. This inside information gave

the Plaintiff a strategic advantage in the market and where not know outside of

the Plaintiffs company nor easily duplicated or transferable or replaceable with other

technology to which the Plaintiff has spent millions of dollars, spent considerable time

and effort in developing this software, proprietary source code and numerous trade

secrets that comprise the entire unique and original program which required the

Defendant to infiltrate the Plaintiffs business and life under false pretence using

numerous illegal and corrupt practices and finally having to manipulate the legal

environment in his attempt to escape prosecution, liability and exposure for the

misappropriation with the desire and intent to bankrupt the Plaintiffs corporations via

numerous criminal tactics and people who where acting in concert that had a self

interest in aiding Bill Gates and Microsoft in their criminal endeavour and duplicate

product offering using stolen source code and misappropriated know-how, contacts

trade secrets and illegally obtaining insider information on the dealings and alliances of

the Plaintiff and then acting on this information in the open market to undermine the

Plaintiff and the companies strategically aligned with the Plaintiff in the digital media

entertainment and distribution market.

The Plaintiff has suffered damages in excess of financial losses of the minimal

Amendment To The Original Complaint

jurisdictional limits of this Court as a result of the Defendants criminal misappropriation

of proprietary source code, trade secrets, know how, copywritten business and

revenue models that are unique to the Plaintiff but also unreleased and protected trade

secrets.

## COUNT II
## COMMONLAW MISAPPROPRIATION

55. The Plaintiff incorporates and re-alleges in full paragraphs 1 through 54 of this

Complaint. The forgoing acts of the Defendant constitute criminal misappropriation of

The Plaintiff confidential and proprietary information and unjust enrichment to

Defendants business activities to The Plaintiff Detriment and injury.

The Plaintiff possesses unique pecuniary interests in the development and operation

of its interactive digital media entertainment platform and delivery system created over

time through the expenditure of conceptualization, labor, skill and money. The

confidential and proprietary knowledge and information relating to the development,

operation and deployment of this unique and proprietary platform and business was

created through years of development, research, planning and strategy and extensive

analysis and experience in the industry itself. The Plaintiff has spent millions of dollars

and thousands and thousand of man hours to develop, refine and implement its

original and unique business and revenue model as well as its proprietary source code,

technology and deployment system involving many corporations with vast resources

who where already providing the services and expertise to assist The Plaintiff achieve

Amendment To The Original Complaint

what was a one of a kind platform that has infact revolutionized the entire Gaming and digital media and digital entertainment market. Microsoft via corporate espionage, manipulation, coercion and numerous illegal and corrupt practices has used this knowledge, information and technology that was conceptualized, developed and paid for by The Plaintiff and has thereby obtained a unfair advantage in the market that it would not have had if Microsoft did not misappropriate the technology, information and know-how that has cost the Plaintiff millions of dollars and many thousands of man hours to develop.

56. The Plaintiff has been severely injured by this misappropriation because the competitive advantage that the Plaintiff enjoyed in the digital media entertainment and distribution market has been critically eroded.  The Defendants actions have caused severe damages and lost revenues to The Plaintiff in excess of the minimal jurisdictional limits of this Court.


## COUNT III
## CONVERSION

57. The Plaintiff incorporates and re-alleges in full paragraphs 1 through 56 of this Complaint.  The forgoing acts of the Defendants constitute illegal, willful and wanton conversion of The Plaintiff property.

58. The Defendants are currently in possession of The Plaintiff property, including but not limited to the Plaintiffs confidential information, source code, business plans, marketing plans, databases, investor names, employees and directors names, customer names,

Amendment To The Original Complaint

confidential information, proprietary software which the Defendant has illegally used to enhance the Defendants business activities to the detriment and injury of Acsports Inc.

The Defendant, Microsoft, has embarked upon a deliberate and illegal scheme to criminally misappropriate products and services developed by the Plaintiff and has acquired a blueprint of The Plaintiff entire business and marketing plan including but not limited to technological advancements and well as proprietary software developed inhouse that was not released to the public in any way in Micorosfts effort to undermine The Plaintiff and to build and duplicate an identical competing enterprise using misappropriated source code, software, serving platform, copywritten business plans, copywritten marketing plans, know-how and business contacts that The Plaintiff has spent millions of dollars, years in the business and thousands of man hours to develop. The Defendant in collaboration with other unsuspecting developers, business, individuals and publishers who did not know that Microsoft had misappropriated the technology that was developed by The Plaintiff  In doing so The Defendants, in a premeditated way sought to benefit and have unfairly benefited from the illegal, wrongful and corrupt actions set forth herein.  The Plaintiff has a vested interest in the property that has been criminally misappropriated by the Defendant the property is worthy and unique enough to protect, copyright and does infact qualify as a trade secret, is patentable and when originally drafted was one of a kind built using many companies that where necessary to deploy this unique and very technical program and through the business relationship with The Plaintiff the Defendant did unjustly profit at the expense of The Plaintiff without consent, justification, privilege or excuse and have

Amendment To The Original Complaint

wrongly and illegally received the benefits of The Plaintiff efforts, labor and expense to which Microsoft was not entitled.

61. The Defendant "Microsoft`s" wanton, illegal and corrupt conduct has caused Acsports Inc damages in excess of the minimal jurisdictional limits of this Court.


## COUNT V
## FRAUD AND ORGANIZED CRIME


62. The Plaintiff incorporates and re-alleges in full paragraphs 1 through 61 of this complaint.  The foregoing acts of the Defendant constitute fraud and premeditated organized crime.

63. With premeditated intent and ill will the Defendants intentionally and illegally defrauded the Plaintiff did send people into the business and lives of the Plaintiff to illegally gain employment under false pretense who intentions where to defraud, embezzle, undermine, infiltrate and misappropriate information, money, products, contacts, know-how, technology, source code, and illegally report everything about the Plaintiffs business back to Microsoft, as evidenced by the elaborate scheme and lies of Jerry Nieto and Steve Sanchez, who then used this information to duplicate the Plaintiffs entire business and revenue model and defraud the Plaintiff of their economic advantage in the market and proprietary products and services to which the Defendants had little or no knowledge, expertise prior to learning of what the Plaintiff was doing, building and going to bring to market.

Amendment To The Original Complaint

64. Upon information and belief, the Defendants intentionally made numerous false
statements and material criminal mis-representations to the Plaintiff during the parties
business relationship and development agreement knowing that the Plaintiff would act
in reliance upon those representations to its detriment and injury. By way of example,
Defendants made numerous statements promising financing and distribution deals for
the service by way of the Microsoft network and further technical support if Acsports
Inc. spent its own money to completed development of the server side software
required to deploy web based interactive content Microsoft would provide funding for
marketing and distribution and would license the finished product and distribute it with
the Microsoft operating system. In reliance upon those representation The Plaintiff
paid for the entire development of the server side software that Microsoft then
criminally misappropriated  that software and source code from The Plaintiff and
began illegally distributing it under the Virtual Golf Association label after buying the
company that Made the Lynx LS Golf Game completely defrauding The Plaintiff of not
only the software that The Plaintiff paid to develop but also the Game that the
application and software was developed to support then duplicating the entire business
and revenue model entirely while leaving The Plaintiff holding the expense without any
product to market or show for their efforts and expenditures that was followed by
constant harassment by Jerry Nieto and Microsoft who continued to illegally duplicate
every aspect of the The Plaintiff business model even though The Plaintiff had
changed direction after the criminal misappropriation perpetrated by Microsoft in a
conspiracy with intent to defraud sabotaging The Plaintiff every attempt to remain a
unique and original venue that was even farther defrauded by Microsoft interfering in

Amendment To The Original Complaint

the relationships that The Plaintiff was developing with other companies and people who Microsoft then again began to manipulate to work on the misappropriated Micorosft product by offering development kits that included the source code and server side software that The Plaintiff had developed and Microsoft criminally misappropriated via corporate espionage and workplace sabotage perpetrated by Jerry Nieto and Steve Sanchez who continued to manipulate, harass, coerce, threaten and intimidate employees of the Plaintiff which went even farther where Jerry Nieto began recruiting from within The Plaintiff trying to bribe and tamper with witnesses to the misappropriation costing the company even more money in Human Resource costs and recruitment expenses all the while Microsoft was dumping vast amounts of money into the duplicated products and services that The Plaintiff had conceptualized, researched and developed time and again interfering in the innovations brought to fruition by The Plaintiff and then misappropriated by Microsoft via elaborate scams perpetrated by Microsoft and Jerry Nieto who now had been manipulating and illegally obtaining confidential and unreleased information and was passing this inside information on to Microsoft who then acted on this illegally obtained inside information in the public markets.

65. At the time these statements where made, the Defendants knew that the statements where false and, in reality knew that Microsoft had no intention of funding the Plaintiffs marketing program but was merely wasting the Plaintiffs time and money and stealing information, know-how, and always had the preconceived intent to duplicate the The Plaintiff program and was infact secretly developing the Virtual Golf Association while falsely purporting to be waiting for a completed and working prototype and server

Amendment To The Original Complaint

based interactive platform and then spent vast resources to sabotage The Plaintiff efforts duplicating the Plaintiffs every innovation and intefereing in the Plaintiffs every relationship. The defendant Microsoft`s actions in this regard constitute fraud, premeditated organized crime and premeditated corporate sabotage and was wanton, egregious, wilfully and knowingly done with premeditated intent to defraud.

66. The Plaintiff reasonably relied upon the Defendant Microsofts fraudulent representations to its own detriment and has suffered damages far in excess of the minimal jurisdictional limits of this Court as a result.  Accordingly The Plaintiff seeks recovery from Defendants for all damages available under the law.

## COUNT VI
## BREACH OF FIDUCIARY DUTY

67. The Plaintiff incorporates and re-alleges in full paragraphs 1 through 66 of this Complaint. The foregoing acts of Defendants constitute a breach of fiduciary duty.

68. A confidential fiduciary relationship existed between Microsoft and The Plaintiff as a result of the parties business relationship and course of dealing certain contractual agreements executed by parties and placement of Microsoft employee, representative, Jerry Nieto on the The Plaintiff board.  During the parties business relationship, the Defendant Microsoft obtained detailed information as to the plans, contacts, investors, vendors, source code and long term plans of the Plaintiff at the Plaintiffs expense. Through Jerry Nieto`s position as a director on the The Plaintiff board the Defendant Microsoft also gained knowledge, access and influence over The Plaintiff

Amendment To The Original Complaint

finances and had a duty to provide financing to The Plaintiff upon completion of a

working prototype of the server base interactive Games platform which The Plaintiff

did infact complete. The Defendant Microsofts fiduciary duty to The Plaintiff was not

only breached but the Defendant Microsoft did infact illegally bribe the The Plaintiff

board member(s) and Microsoft employee, representative to deliver the The Plaintiff

proprietary server side source code and vendor information to Microsoft for use in the

Virtual Golf Association rather than to fund The Plaintiff  The Defendant Microsoft

used their insider relationship with The Plaintiff to criminally misappropriate proprietary

software and source code and confidential inside information to the Defendant

Microsofts advantage and benefit and to the Detriment and expense of The Plaintiff

69. This criminal misconduct has caused The Plaintiff damages in excess of the minimum

jurisdictional limits of the Court.


## COUNT VII
## CRIMINAL MISREPRESENTATION


70. The Plaintiff incorporates and re-alleges in full paragraphs 1 through 69 of this

Complaint.

71. The foregoing acts of the Defendant constitute criminal misrepresentation to Acsports

Inc. in furtherance of their business objective.  In making such misrepresentations,

Defendants failed to exercise reasonable care in communicating this information to

The Plaintiff Acsports Inc justifiably relied upon the representations of Defendants

Amendment To The Original Complaint

made during the parties business relationship only to find out later that such
representations were false and merely a pretext for the Defendants real intentions to
launch an identical and duplicated business venture under the name "The Virtual Golf
Association" using the source code that was developed by The Plaintiff and was
knowingly criminally misappropriated via Corporate Espionage by the Defendants from
The Plaintiff .

72. Due to The defendants premeditated wanton and willful criminal misrepresentations
the Plaintiff  has suffered actual damages in excess of the minimal jurisdictional limits
of this Court.

## COUNT VIII
## CIVIL CONSPIRACY

73.  The Plaintiff incorporates and re-alleges in full paragraphs 1 through 72 of this
complaint.

74.  The Defendants "Microsoft" conspired to commit the foregoing unlawful acts and such
acts show the Defendants premeditated intent to defraud, concerted and collaborative
actions of the Defendants and on going sabotage and duplication of the Plaintiffs
proprietary products and services in the furtherance of a common design including, but
not limited to, premeditated intent to criminal misappropriation of The Plaintiff's
proprietary source code, confidential information and trade secrets to unfairly compete
with The Plaintiff and slander title to the proprietary products and services of Acsports

Amendment To The Original Complaint

Inc. in the mass market and digital entertainment community and to duplicate in its entirety the entire The Plaintiff business and revenue model using and illegally distributing the proprietary source code that was criminally misappropriated via corporate espionage from The Plaintiff and ultimately to illegally force the Plaintiffs companies into Bankruptcy via a mass conspiracy using numerous members of the law enforcement community and family members thereof who perjured themselves to illegally gain employment with the Plaintiffs company under false pretense with a premeditated intent to illegally obtain and pass on confidential insider information, to misappropriate, embezzle money and the companies proprietary technology developed at the sole expense of the Plaintiff and defraud the Plaintiff thereby aiding the Defendant in their premeditated conspiracy to escape prosecution for the criminal misappropriation of the Plaintiffs proprietary and protected products and services with intent to ultimately bankrupt the Plaintiff and retain the property and money that was criminally misappropriated and embezzled thereby eliminating liability to the Plaintiff for the criminal misappropriation of technology that the Defendants "Microsoft" illegally obtained via corporate espionage, who is and has been illegally and knowingly distributing protected proprietary property stolen from the Plaintiff on a global basis.

75. The Defendants actions have caused The Plaintiff "The Plaintiff" severe damages in excess of the minimal jurisdictional limits of this Court. Accordingly, The Plaintiff seeks recovery from Defendants, each of them, jointly and severally, for all damages, misappropriated property and lost revenues sustained by The Plaintiff and exemplary damages as permitted by law as well as the return of the Plaintiffs

Amendment To The Original Complaint

misappropriated property, source code (and all derivative works thereof), databases

(and all derivative works thereof), hardware, software and money that

was embezzled and all future revenues generated by the misappropriated property of

The Plaintiff and all derivative works thereof.


## COUNT IX
## BREACH OF CONTRACT


76. The Plaintiff incorporates and re-alleges in full paragraphs 1 through 75 of this

complaint.  The foregoing acts of the Defendants constitute breaches of the NDA and

directors fiduciary duty to The Plaintiff, the shareholders agreement, employee

employment agreement, non-circumvention agreement and spoken but unsigned

agreements made by the Defendants to investors, directors,vendors and employees of

the Plaintiff The Plaintiff  The Plaintiff The Plaintiff did perform all conditions

precedent to performance under the contracts.

77. The Defendants Microsoft actions have caused The Plaintiff severe damages in

excess of the minimal jurisdictional limits of this Court.


## COUNT X
## CRIMINAL TORTUOUS INTERFERENCE


78. The Plaintiff incorporates and re-alleges in full paragraphs 1 through 77 of this

complaint.


Amendment To The Original Complaint

79. The foregoing acts of the Defendants constitute criminal tortuous interference with existing contracts, prospective business, employee employer relations, shareholder relations, directors and officer relations, interference in the attorney client relationship, interference in the marriage relationship and interference in prospective economic advantage in the market for which there is reasonable probability that the contracts would have been made but for the Defendants criminal acts, threats and manipulations. Such acts were premeditated, unlawful, fraudulent and where carried out in concert, willfully and intentionally, without justification or provocation with police and prosecutorial participation in this intentional and illegal interference, obstruction, conspiracy and criminal nonfeasance.

80. Defendants Microsofts actions have caused The Plaintiff severe damages in excess of the minimal jurisdictional limits on this Court.

## COUNT XI
## PUNITIVE DAMAGES

81. The Plaintiff incorporates and re-alleges in full paragraphs 1 through 82 of this Complaint.

82. The tortious and criminal conduct of the Defendants, above, was aggravated by the kind of willfulness, wantonness and malice for which the law allows the imposition of punitive damages. The Defendants conduct was intentional, premeditated, willful and wanton, and without justification or provocation or excuse. To punish such action and to deter others from similar wrongdoing, the Defendants should be jointly and severally

Amendment To The Original Complaint

assessed of punitive damages in an amount determined by the trier of fact.

## COUNT XII
## ORGANIZED CRIME, COVER UP AND CONSTRUCTIVE FRAUD

83. The Plaintiff incorporates and re-alleges in full paragraphs 1 through 82 of this

Complaint. The Defendants and regulators involved in this matter have continuously,

throughout this entire matter, engaged in illegal and corrupt practices, willfully violated

the Constitutional Rights of the Plaintiff and victim of this organized crime and did

engage in numerous fraudulent concealments, blackmail, extortion and solicitations of

bribes form the Plaintiff under the threat of false and malicious prosecution in the

furtherance of a much larger organized crime which has recklessly endangered the

witnesses and families of the the Plaintiff, his employees, his shareholders and his

strategic alliances who have all been intimidated by police and regulators with physical

and reputational harm to which there has already been 4 deaths of unnatural causes

including an attempt on the life of the Plaintiff who was revived after arriving DOA at St.

Pauls Hospital in Vancouver BC as was threatened on numerous occasions, if it

where not for the medical staff at St. Pauls Hospital in Vancouver BC who revived Alex

P. Thom the Plaintiff would now be dead as is the case for 3 other victims in this

organized crime, the actions that can easily be traced back to police and Defendants in

this matter who have involvement and or contact or are family members or co-workers

with the defendants that did threaten the Plaintiff and at least one of the people who

is now deceased, all died via overdose, AND THESE DEATHS ARE EASILY

CONNECTED TO THE MUCH LARGER ORGANZIED CRIME WHICH IS BEING

ACTIVELY COVERED UP BY POLICE, PROSECUTORS AND REGULATORS

Amendment To The Original Complaint

involved in this now MASSIVE CONSPIRACY AND VERY COMPLEX ORGANZIED

CRIME that crosses State and international lines and involves numerous agencies who

have at one time or another interfered with the Plaintiff business objectives and or

made overt attempts to maliciously entrap the Plaintiff on the false allegations made by

Chris Phillips, Doug Axel and Keri Axel who knowingly used the forged and falsified

evidence, that was planted in the Plaintiffs office by the defendants as well as

knowingly used the perjured testimony of the defendants, to fabricate false allegations

in their combined collaborated conspiracy to defraud the Plaintiff and then frame the

Plaintiff with the assistance of police, regulators and their own family members and the

police connected thereto,  in the furtherance of this frame and cover up Chris Phillips,

Doug and Keri Axel knowingly made false representations to other law enforcement

agencies in their combined efforts to interfere in the Plaintiffs attempt to recover the

stole porperty and to cover up the crimes of the police and their family members who

knowingly and willfully participated in the organized crime orchestrated by Microsoft for

their own personal benefit and the benefit of Microsoft, collectively and jointly the

defendants as well as other police connected to the defendants which include Darryl

gates, Bernard Parks, the RCMP, the Vancouver Police Department, the LAPD, the

SEC, the FBI, the US Attorney's Office as well as other agencies, police departments

who have knowingly participated in an **official cover up of the crimes of their family**

**members and officers automatically extending the statute of limitations to 10**

**years or more and the Plaintiff also invokes to toll the statue of limitations to**

**pursue the defendants both criminally and civilly in addition to the "official**

**cover-up" statute the defendants and regulators involved also did fraudulently**

Amendment To The Original Complaint

conceal many many facts and much material evidence against the defendants again automatically extending the statute of limitations to 10 years or more and the Plaintiff invokes to toll the statue of limitations on these grounds as well In addition to "Official Cover-up" and "Fraudulent Concealment" this case qualifies for the "Complex Organized Crime Statue" and on the grounds that more than 10 people are involved in this fraud and the value by far exceeds the minimum requirement to satisfy the Organized Crime and Racketeering Laws and Regulations and this again automatically extends the statute of limitations to 10 years or more and the Plaintiff invokes to toll the statue of limitations on these grounds and the Plaintiff is in fact well within the Statue of limitations on all of the counts some of which happened as recently as within the last 30 days such as the "Electronic Espionage and Hacking complaint" this is also an example of the original crime of "conspiracy to Bankrupt and sabotage the Plaintiff" and his companies which is still ongoing to this very day again giving cause to automatically extend the Statute of limitations to 10 years or more due to the fact that the "Condition Still Exists" and is "an ongoing criminal conspiracy". These criminal actions where then followed by very large strategic donations being made in the regions that the Plaintiff has gone to public officials in Bill Gates attempts to influence regulators to not only ignore complaints made by the plaintiff and victim of this now massive conspiracy to but also discredit the Plaintiff as a means of cover up for the numerous failed entrapment attempts and conspiracy to frame the Plaintiff, the theft of property, the interference in intellectual property right, the embezzlement, the conspiracy to misappropriate the Plaintiffs property and proprietary technology, the conspiracy to bankrupt the Plaintiff and victim of this

Amendment To The Original Complaint

Complaint.

86. The Defendants made material, false representations of fact to The Plaintiff to induce
The Plaintiff to enter into numerous agreements including but not limited to
employment agreements, development agreements, directors agreements, purchase
agreements, travel and expense agreements, marketing agreements, and numerous
verbal but unsigned agreements.  By way of example, Microsoft falsely represented
that it was interested in a collaborative development, funding and marketing distribution
effort with The Plaintiff to develop an interactive digital entertainment server based
platform when that was not the case. Additionally, The Defendants represented that
Microsoft would provide funding after the working prototype was complete when, in
fact, it knew or reasonably should have known that was not the case.  Microsoft also
made representations to The Plaintiff that it was not developing anything in the games
sector on its own. The defendants knew their representations were false when made,
or were asserted with knowledge of the truth, and were made with the intentions that
The Plaintiff would act on those representations.

87. The Plaintiff reasonably relied upon Defendants false representations to its detriment
and has suffered damages in excess of the minimal jurisdictional limits of this Court as
a result. Accordingly The Plaintiff seeks recovery from Defendants for all lost
revenues, expenses, future revenues and damages available under the law.

## COUNT IV
## PREMEDITATED SABOTAGE / MURDER PLOT

88. The Plaintiff incorporates and re-alleges in full paragraphs 1 through 87 of this

Amendment To The Original Complaint

expended by microsoft in more than one country using police and regulators to carry out the crimes to which there is now a mountain of evidence and literally hundreds of witnesses who would testify and some of which have already provided first hand eye witness testimony to the fact in which Chris Phillips, Doug Axel and Keri Axel have participated in and are vigorously attempting to cover up as well as obstructing justice in their combined efforts to pervert the course of justice in this murder case that now involves political figures such as Gray Davis former Governor of California and numerous other regulators and former regulators who have participated in the much larger organized crime that is worth many many millions and even billions of dollars and all revolves around technology developed by the Plaintiff on the equipment of the Plaintiff and at the expense of the Plaintiff in the development of Acsports.com and ExecTrek Inc in which the technology was criminally misappropriated via corporate espionage.

91. The Defendants actions have caused "The Plaintiff" severe damages in excess of the minimal jurisdictional limits of this Court. Accordingly, The Plaintiff seeks recovery from all Defendants, each of them, jointly and severally, for all damages, and lost revenues sustained by The Plaintiff and exemplary damages as permitted by law as well as the financing received by the defendants and increases in market cap as well as the return of the Plaintiffs misappropriated property, source code and all derivative works thereof, databases and all derivative works thereof, hardware, software and money that was embezzled and all future revenues generated by the misappropriated property and all derivative works thereof that came from The Plaintiffs Trademarked Name, business name, any and all funding received, all money from the sale of equities in the public markets and all investments made with that money, all

Amendment To The Original Complaint

technology, business models and marketing plans and all remedies available under the law.

## VI.

## ATTORNEYS' FEES

92. Pursuant to the contracts and _____ Civil Practice & Remedies Code Section 38, The Plaintiff is entitled to recover its reasonable attorney's fees incurred in enforcing its rights.  The Plaintiff seeks recovery of its reasonable attorneys fees from The Defendants.

## VIII.

## JURY DEMAND

93. The Plaintiff The Plaintiff requests a trial by jury.

Amendment To The Original Complaint

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) | **DEFENDANTS** |
|---|---|
| Alex P. Thorn | Microsoft Inc. |

| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | **Attorneys (If Known)** |
|---|---|
| Attorney Requested Alex P. Thorn, 71330 Hwy 111, Rancho Mirage CA 604-331-0769 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☑ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No          ☐ **MONEY DEMANDED IN COMPLAINT: $** Unlimited

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Organized Crime, Racketeering, extortion, Blackmail, theft, copyright infringement, corporate spying, sabotage, obstruction of justice, conspiracy to defraud

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☑ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☑ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☑ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☑ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilites - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** *Have any cases been previously filed in this court that are related to the present case?* ☐ No  ☑ Yes
If yes, list case number(s): California Bankruptcy Court (file # LA01-48090)  *See Case # 02-0173 LGB*

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☑ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, *and* one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*** *Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties***
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date ~~March 3, 2000~~  Nov 20, 2009

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV10- 703 RSWL (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

--- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- ---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

--- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- ---

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY