UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEX P. THORN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICROSOFT CORPORATION, MICROSOFT LICENSING, MICROSOFT CAPITAO CORPORATION,<br><br>　　　　　　Defendants. | ) Case No. CV 10-0703-DMG<br>) (FMOx)<br>)<br>) ORDER TO SHOW CAUSE<br>) WHY ACTION SHOULD NOT<br>) BE DISMISSED FOR LACK OF<br>) PROSECUTION<br>)<br>)<br>)<br>)<br>) |

　　　　On February 2, 2010, pursuant to the Order Re Leave to File Action Without Prepayment of Filing Fee by Magistrate Judge Ralph Zarefsky ("Order Re Leave to File") [Doc. # 2], the complaint submitted by pro se plaintiff Alex P. Thorn, was accepted for filing without prepayment of the filing fee. Thereafter, a copy of that Order Re Leave to File was mailed to plaintiff at 71330 Highway 111, Rancho Mirage, CA 92770, the address plaintiff provided to the court when he filed his complaint. On February 16, 2010, the envelope containing the copy of the Order Re Leave to File was returned to the court undelivered from the United States Postal Service with the notation, "Return to Sender – Not At This Address."

　　　　On February 8, 2010, an Order Returning Case for Reassignment ("Reassignment Order") was issued, reassigning this case from Judge Ronald S.W. Lew to Judge Dolly M. Gee. [Doc. # 7.]   A copy of the Reassignment Order was

mailed to plaintiff at the same address. On March 8, 2010, the Reassignment Order was returned undelivered, with the same notation as that accompanying the undelivered order described above.

On February 16, 2010, the Initial Standing Order for Cases Assigned to Judge Gee ("Initial Standing Order") was issued, a copy of which was mailed to plaintiff at the same address. On April 29, 2010, the Initial Standing Order was returned undelivered, with the notation, "Please send Back to Sender - No One By that name at this address."

Pursuant to Local Rules 83-2.7 and 83-2.10.3, plaintiff was required to notify the Clerk of Court of his address change within five (5) days and file a notice of the address change in this action.

It is unclear to this court whether plaintiff intends to continue with this action. His failure to file a notice of address change seems to indicate that plaintiff no longer intends to prosecute this action. Before this court takes further steps to have the complaint served upon the defendants, plaintiff should notify the court of his intentions.

Accordingly,

IT IS ORDERED that by June 1, 2010, plaintiff shall show cause in writing why this action should not be dismissed for lack of prosecution. Plaintiff is advised that his failure to file a response to this order shall be deemed his consent to the dismissal of this action without prejudice for lack of prosecution. Plaintiff is further advised that his timely filing of a notice of his address change would be a sufficient response to this order.

Dated: May 19, 2010

DOLLY M. GEE
United States District Judge